**John FOGG, Petitioner–Appellant,**

v.

**Bobby SHEARIN, Warden, Federal Correctional Institution, Respondent–Appellee.**

**No. 01–7544.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

John Fogg, Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John Fogg appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Fogg v. Shearin,* No. CA–01–2479–S (D.Md. Aug. 29, 2001). We dis-

pense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*